IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 DEC 30 PM 2: 37
U.S. DISTRICT COURT
N.D. OF ALABAMA

CALVIN J. WEBER, )
　　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　　　)   CIVIL ACTION NUMBER
v. )
　　　　　　　　　　　　　　　　　)   99-C-1454-NE
U.S. ARMY AVIATION AND MISSILE )
COMMAND, )
　　　　　　　　　　　　　　　　　)
　　　Defendant. )

DEC 30 1999

## MEMORANDUM OPINION GRANTING SUMMARY JUDGMENT

On June 7, 1999, Plaintiff Calvin Weber brought this action against the U.S. Army Aviation and Missile Command under the Administrative Procedure Act (APA), 5 U.S.C. § 701, et seq., for injuries he allegedly suffered when terminated from his civilian employment. Plaintiff has filed more than 20 civil lawsuits throughout the federal court system challenging the Army's decisions to revoke his security clearance and subsequently remove him from federal employment. To date, no court has granted him relief.

In a recent decision of the Northern District of Alabama, plaintiff's civil action against defendant which alleged similar violations resolving around the same set of operative facts was dismissed because the court lacked authority to review the substantive basis for the Army's decision to revoke plaintiff's

security clearance. See <u>Weber v. U.S. Army Aviation and Missile Command</u> et al., CV-98-S-3157-NE, Memorandum Opinion entered September 15, 1999. Currently, pending before the Court is defendant's Motion for Summary Judgment. Upon consideration of all submitted materials, this Court concludes that material facts are undisputed and that the Defendant is entitled to summary judgment as a matter of law.

The Court is persuaded that in addition to claim preclusion based on plaintiff's numerous preceding complaints, this action is due to be dismissed because the alleged violations that plaintiff complains of are not reviewable under the APA, and the relief he seeks, back-pay, lost benefits, and front-pay until the year 2004, are not available under the APA. See § 704 and 706.

Based on the foregoing, summary judgment shall be granted in favor of defendant U.S. Army Aviation and Missile Command.

Done this 30th day of December, 1999.

_____
United States District Judge
U. W. Clemon